**SIGNED.**

# UNITED STATES BANKRUPTCY COURT

## FOR THE DISTRICT OF ARIZONA

Dated: April 11, 2011

## Minute Entry



_____
**RANDOLPH J. HAINES**
**U.S. Bankruptcy Judge**

*Hearing Information:*

| | |
|---|---|
| **Debtor:** | SUNNYSLOPE HOUSING LIMITED PARTNERSHIP |
| **Case Number:** | 2:11-bk-02441-RJH    **Chapter:** 11 |
| **Date / Time / Room:** | MONDAY, APRIL 11, 2011 03:00 PM  6TH FLOOR #603 |
| **Bankruptcy Judge:** | RANDOLPH J. HAINES |
| **Courtroom Clerk:** | JANET SMITH |
| **Reporter / ECR:** | KAYLA COLASONT |

*Matter:*

EXPEDITED HEARING ON MOTION FOR SUMMARY JUDGMENT DISMISSING BANKRUPTCY CASE FILED BY FIRST SOUTHERN NATIONAL BANK & PEM REAL ESTATE GROUP

R / M #:   38 / 0

*Appearances:*

REID BUTLER, ATTORNEY FOR THE GENERAL PARTNER OF SUNNYSLOPE HOUSING LIMITED PARTNERSHIP
KELLY SINGER, ATTORNEY FOR FIRST SOUTHERN NATIONAL BANK
DALE SCHIAN, ATTORNEY FOR FIRST SOUTHERN NATIONAL BANK
JOE KRUCHEK, ATTORNEY FOR RBC

*Proceedings:*

Mr. Butler stated he is prepared to bring in Bankruptcy counsel.

COURT:   FINDINGS OF FACT AND CONCLUSIONS OF LAW WERE STATED ON THE RECORD.   IT IS ORDERED DENYING THE MOTION FOR SUMMARY JUDGMENT SEEKING DISMISSAL OF THE INVOLUNTARY.   THE COURT WILL REGARD THE FILING AS A VOLUNTARY FILING BY THE DEBTOR THROUGH ITS GENERAL PARTNER.

THE COURT INFORMED THE DEBTOR MUST BE REPRESENTED BY COUNSEL BY THE APRIL 20TH HEARING OR THE CASE WILL BE DISMISSED.

_____
RANDOLPH J. HAINES
U.S. BANKRUPTCY JUDGE